

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NESTOR MENDOZA, JR., | § | No. 08-17-00117-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court |
| ANNIE MARIE BAZAN, | § | of Hudspeth County, Texas |
| Appellee. | § | (TC# CV-570) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, all costs both in this Court and the court below. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF APRIL, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.